PROB 35
(Rev. 5/01)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 SEP 16 P 12: 23
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.  Crim. No. CR200-00034-001

Wesley Elmore Roberson

On November 21, 2000, the above-named was placed on probation for a period of five years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Wesley Elmore Roberson be discharged from probation.

Respectfully submitted,

Philip J. Lyons
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this _____16th_____ day of September, 2005.

Judge, U.S. District Court